UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DICKERSON,<br><br>    Petitioner,<br><br>v.<br><br>PATRICIA L. VASQUEZ, Warden,<br><br>    Respondent. | No. 1:19-cv-00408-JLT (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE**<br><br>**FINDINGS AND RECOMMENDATION TO STRIKE PETITION AND DISMISS ACTION**<br><br>**[21-DAY DEADLINE]** |

    The petition purports to be filed by inmate Gregory Dickerson. Within the petition, however, the petitioner is named as: "Brandon Favor, LLP, Miller & Miller," "Brandon Favor-El," and "Cochran Law Firm." Brandon Alexander Favor (aka Brandon Favor-El) is currently incarcerated at California Correctional Institution in Tehachapi, California and is well-known to this Court. On numerous occasions in the past, Mr. Favor has attempted this scheme of misrepresenting himself as an attorney, paralegal, or employee within a law firm and filing a petition on behalf of another inmate. The Court has repeatedly admonished Mr. Favor that he could not represent another party. Mr. Favor persisted in these ruses until the Court declared him to be a vexatious litigant on September 27, 2017, in <u>Favor v. Wimfroy</u>, 1:17-cv-00944-AWI-JLT.[1] The Court concludes that this is just another malicious and frivolous attempt by Mr. Favor

---

[1] Petitioner has also been declared a vexatious litigant in the Central District of California. See <u>Favor v. Harper</u>,

1

to abuse the judicial process.

**ORDER**

The Court DIRECTS the Clerk of Court to assign a District Judge to the case.

**RECOMMENDATION**

The Court RECOMMENDS that the petition be STRICKEN and the action be DISMISSED. This Findings and Recommendation is submitted to the United States District Court Judge assigned to this case, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.

Within twenty-one days after being served with a copy, Petitioner may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: __**April 5, 2019**__        ____**/s/ Jennifer L. Thurston**____
                                             UNITED STATES MAGISTRATE JUDGE

---

2017 WL 132830 (C.D. Cal. Jan. 13, 2017).